George M. KNIEST, Appellant,

v.

STATE of Missouri, Respondent.

WD 77110

Missouri Court of Appeals,
Western District.

Order filed: November 12, 2014

Motion for Rehearing and/or Transfer to Supreme Court Denied
December 23, 2014

George M. Kniest, Appellant Pro-se

Gregory L. Barnes, Jefferson City, for Respondent

Before Division Three: Gary D. Witt, Presiding, Judge, Joseph M. Ellis, Judge and Thomas H. Newton, Judge

### ORDER

PER CURIAM:

George Kniest appeals from the Circuit Court of Boone County's dismissal of his Rule 24.035 motion for post-conviction relief. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**